**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3909-22

65 WILLOWBROOK LLC,

     Plaintiff-Respondent,

v.

WILLOWBROOK SUITES LLC,
WILLOWBROOK HOLDINGS LLC,
and JOSEPH HEIMANN,
a/k/a JOSEPH HEIMAN,

     Defendants-Appellants,

and

HANCOCK WHITNEY BANK,
LD ACQUISITION COMPANY
19 LLC, and LANDMARK
INFRASTRUCTURE HOLDING
COMPANY LLC,

     Defendants,

and

SUBCARRIER COMMUNICATIONS
INC.,

     Defendant/Intervenor.

SUBCARRIER COMMUNICATIONS
INC.,

      Third-Party Plaintiff,

v.

ANH MANAGEMENT LLC,

      Third-Party Defendant.

Submitted January 23, 2025 – Decided January 29, 2025

Before Judges Marczyk and Torregrossa-O'Connor.

On appeal from the Superior Court of New Jersey, Chancery Division, Passaic County, Docket No. F-001247-22.

Borenstein, McConnell & Calpin, PC, attorneys for appellants (Abraham Borenstein and Bradley M. Arlen, on the brief).

Cole Schotz PC, attorneys for respondent (Michael R. Yellin and Michael C. Klauder, of counsel and on the brief; Connor M. Mannion, on the brief).

PER CURIAM

      The court being advised by the parties in the above matter that the issues in dispute have been amicably resolved, the appeal is accordingly dismissed with prejudice and without costs to either party.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-3909-22